# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162129(52)

SPECTRUM HEALTH HOSPITALS,
   Plaintiff-Appellant,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
   Defendant,
and

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
   Defendant-Appellee.
_____/

MSC: 162129
COA: 347553
Kent CC: 17-007661-NF

   On order of the Chief Justice, the motion of defendant-appellee to file a response to the brief amicus curiae of the Coalition Protecting Auto No-Fault is GRANTED. The response will be accepted for filing if submitted within 14 days of this order.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021

Clerk